# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07043
PHONE: 347-292-9042
ghp@parkerlawusa.com

May 10, 2024

<u>Via ECF</u>
The Honorable Arun Subramanian
United States District Judge
Southern District of New York

Re:   *Ashley Francis v. 132 Ludlow ST LLC and Rice to Riches Franchising Inc.*

**Docket No. 1:24-cv-01875 (AS) (SDA)**

Dear Judge Subramanian:

    We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to refer this action to the S.D.N.Y. Mediation Program and to adjourn the June 21, 2024 conference pending the completion of the mediation. The reason for this request is because the parties desire to try to resolve this action before engaging in litigation. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

---

Application granted in part. By separate order, the Court will refer this case for mediation. But it is not this Court's practice to delay litigation for settlement purposes. As such, the initial pretrial conference will proceed as scheduled. If the parties submit a satisfactory status letter and proposed case management plan in accordance with this Court's order at Dkt. 5, the Court may adjourn the conference at that time.

The Clerk of Court is directed to terminate the motion at Dkt. 13.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 10, 2024