UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x   Docket No. 1:24-cv-01875
ASHLEY FRANCIS                                                             (AS) (SDA)
                       Plaintiff,

              v.                                                    **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

132 LUDLOW ST LLC AND RICE TO RICHES
FRANCHISING INC.

                      Defendants.
-----------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated:  July 18, 2024
         New York, New York

| **THE PARKER LAW GROUP P.C.** | **LAW OFFICES OF NOLAN KLEIN, P.A.** |
|---|---|
| By: _/s/ Glen H. Parker_ | By: _/s/ Nolan Klein_ |
| Glen H. Parker, Esq. | Nolan Klein, Esq. |
| Attorneys for Plaintiff | Attorneys for the Defendants |
| 28 Valley Road | 1213 SE Third Avenue |
| Montclair, New Jersey 07043 | Fort Lauderdale, FL 33316 |
| Tel 347-292-9042 | 954-745-0588 |
| ghp@parkerlawusa.com | klein@nklegal.com |